IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LOVIE BRANDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:05-0352 |
| ) | Judge Campbell |
| LIFE INSURANCE COMPANY OF ) | |
| NORTH AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court are cross-motions for judgment on the administrative record (Docket Nos. 15 and 17). For the reasons explained in the Memorandum entered contemporaneously herewith, Defendant's Motion for Judgment on the Administrative Record (Docket No. 15) is GRANTED. Plaintiff's Motion for Judgment on the Administrative Record (Docket No. 17) is DENIED. Accordingly, Defendant LINA's decision to deny Plaintiff long-term disability benefits based on the Pre-Existing Condition Limitation in the policy is AFFIRMED.

It is so ORDERED.

*Todd Campbell*

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE